IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> **MALIK SMITH** <br> *Register #70080-066* <br> *FDC Philadelphia* | CRIMINAL ACTION <br> NO.  21-385 |

# O R D E R

**AND NOW**, this 15th day of December, 2021, upon consideration of Defendant's First and Second Motions to Suppress (ECF Nos. 9, 12) and the Government's responses thereto (ECF Nos. 11, 13), **IT IS HEREBY ORDERED**:

1. Defendant's First Motion to Suppress Evidence of the Firearm and Derivative Evidence is **DENIED**.

2. Defendant's Second Motion to Suppress DNA Evidence and Derivative Evidence is **GRANTED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**

1